NUMBER 13-05-691-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

JOSE
LUIS GONZALEZ,                                             Appellant,

 

                                           v.

 

ELIAMAR
CHAPA,                                                     Appellee.

___________________________________________________________________

 

             On appeal from the County
Court at Law No. 2

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

       Before Chief Justice Valdez
and Justices Yañez and Garza

                             Memorandum Opinion
Per Curiam

 








Appellant, JOSE
LUIS GONZALEZ, perfected an appeal from a judgment entered by the County Court at Law No. 2 of Hidalgo County, Texas,
in cause number CL-05-0228-B.  
After the clerk=s record was filed,
the parties filed a joint motion for partial remand.  In the motion, the parties state that they
have reached an agreement regarding this appeal.  The parties have agreed that the judgment to
the issue of the damages sustained by the plaintiff should be reversed and
remanded to the trial court for further consideration.  The parties request that this Court affirm
the judgment as to liability and reverse the judgment on damages and remand
that portion of the case for a trial.

The Court, having
examined and fully considered the documents on file and  the parties= joint motion, is of the opinion that the motion
should be granted.  The joint motion is
GRANTED.  The judgment of the trial court
as to liability is AFFIRMED.  The
judgment on damages is REVERSED and the cause is REMANDED to the trial court in
accordance with the parties= agreement.

PER CURIAM

Memorandum Opinion delivered and filed 

this the 26th day of January, 2006.